UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KEVIN J. LISLE,

Plaintiff,

v.

JAMES GREG COX, *et al.*,

Defendants.

Case No. 3:15-cv-00513-MMD-WGC

ORDER

Plaintiff, a *pro se* prisoner, previously filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 10.) The Court screened the amended complaint, stayed the case for 90 days, and scheduled an early inmate mediation for December 6, 2016. (ECF Nos. 11, 15.)

Plaintiff now files a motion for voluntary dismissal. (ECF No. 17.) Pursuant to Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The Court grants Plaintiff's motion to voluntarily dismiss this action because no responsive pleading has been filed in this case. As such, the Court dismisses this action without prejudice.

For the foregoing reasons, it is ordered that the motion for voluntary dismissal (ECF No. 17) is granted.

It is further ordered that this action is dismissed in its entirety without prejudice.

It is further ordered that the early inmate mediation scheduled for December 6, 2016, is vacated.

1       It is further ordered that the Clerk of the Court enter judgment accordingly and

2  close this case.

3       DATED THIS 22nd day of November 2016.

                    MIRANDA M. DU
                    UNITED STATES DISTRICT JUDGE

2