AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*        DISTRICT OF    NEVADA

KEVIN J. LISLE,

    Plaintiff,          JUDGMENT IN A CIVIL CASE

v.

        CASE NUMBER:   3:15-cv-00513-MMD-WGC

JAMES GREG COX, et al.

    Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed in is entirety without prejudice.


 November 22, 2016                      **LANCE S. WILSON**
                                                        Clerk

                                              /s/ K. Walker
                                                Deputy Clerk